**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SAMUEL K. FISHER, | : | No. 99 MM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SETH LISINSKI, JEANNE E. FRANKLIN, | : | |
| THOMAS M. GAUBY SR., RUSSELL C. | : | |
| READING, THOMAS WOLF, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for "Writ of Mandamus/Prohibition" is DENIED.